HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_labaree@fd.org

Attorney for Defendant
MICHAEL JOSEPH TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00173-WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MICHAEL JOSEPH TAYLOR, | DATE: March 2, 2020<br>TIME 9:00 a.m.<br>JUDGE: Hon. William B. Shubb |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through, Shelley D. Weger, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for Michael Joseph Taylor, that defendant requests that the status conference scheduled for March 2, 2020 be vacated and continued to April 6, 2020 at 9:00 a.m., and that time between March 2, 2020 and April 6, 2020, be excluded under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

1. Counsel for defendant requests more time to review discovery and discuss mitigation. To date, counsel for the government has provided 319 pages of documentary discovery and five videos. The defense requires additional time to review this discovery with her client as well as pursue independent investigation into the alleged conduct and into mitigation.

2. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The government does not object to the continuance.

4. Based upon the foregoing, the parties agree that for purposes of calculating time under the Speedy Trial Act the time period from March 2, 2020 through and including April 6, 2020, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv)[Local Code T4] and General Order 479 because it results from a continuance granted by the Court at the defendant's request for the purposes of continuity of counsel and defense preparation, and the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: February 28, 2020                Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Hannah R. Labaree
                                        HANNAH R. LABAREE
                                        Assistant Federal Defender
                                        Attorney for MICHAEL JOSEPH TAYLOR

DATED: February 28, 2020                McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/Shelley D. Weger
                                        SHELLEY D. WEGER
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on April 6, 2020, at 9:00 a.m. The Court further orders the time from March 2, 2020 up to and including April 6, 2020, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7)(A), B(iv)[Local Code T4].

Dated: February 28, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE