HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL JOSEPH TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00173 WBS |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER TO FILE DEFENDANT'S EXHIBIT A TO MOTION FOR BAIL REVIEW HEARING UNDER SEAL |
| MICHAEL JOSEPH TAYLOR, | |
| Defendant. | |

**IS HEREBY ORDERED** that the Request to Seal Exhibit A to Mr. Michael Joseph Taylor's Motion for Bail Review Hearing, be granted to insure that the private information contained therein is not available on the public docket.

The records are to be provided under separate cover to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated: May 5, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE