```
McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00173 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MICHAEL JOSEPH TAYLOR, | DATE: June 1, 2020 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 1, 2020.

2. By this stipulation, defendant now moves to continue the status conference until July 13, 2020, and to exclude time between June 1, 2020, and July 13, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case includes over 700 pages of electronic documents, including investigative reports, documents obtained from third parties, and related documents, as well as video recordings and data extracted from a cellular phone. This discovery has been either produced directly to counsel and/or made available for inspection and copying, with the exception of sexually explicit images, which have been made available for inspection,

but not copying.

  b) Counsel for defendant desires additional time to conduct additional defense investigation to look into possible mitigation evidence, to review evidence in the government's possession that may be relevant to sentencing, to discuss the evidence and potential resolutions with her client, and to otherwise prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 1, 2020 to July 13, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 26, 2020          McGREGOR W. SCOTT
                             United States Attorney

                             /s/ SHELLEY D. WEGER
                             SHELLEY D. WEGER
                             Assistant United States Attorney

Dated: May 26, 2020          /s/ HANNAH LABAREE
                             HANNAH LABAREE
                             Counsel for Defendant
                             MICHAEL JOSEPH TAYLOR

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 26, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE