HEATHER E. WILLIAMS, SBN #122664
Federal Defender
HANNAH LABAREE, # 294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Attorneys for Defendant
MICHAEL JOSPEH TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>  )<br>Plaintiff,    )<br>  )<br>vs.    )<br>  )<br>MICHAEL JOSPEH TAYLOR,    )<br>Defendant.    )<br>  )<br>  ) | Case No.  2:19-cr-00173-WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME<br><br>Date:   July 13, 2020<br>Time:   9:00 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney McGregor Scott, through Assistant United States Attorney Shelley D. Weger, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hannah Labaree, attorney for defendant Michael Jospeh Taylor, that the status conference date of July 13, 2020, be vacated and the matter be set for status conference on August 31, 2020 at 9:00 a.m, at the defendant's request.

Counsel for the defendant requires time to review discovery, conduct independent investigation, and meet with her client to review the material. Mr. Taylor is currently incarcerated at the Sacramento County Jail. The parties agree and stipulate, and request that the Court find the following:

 a) The discovery associated with this case includes over 700 pages of electronic documents, including investigative reports, documents obtained from third parties, and related documents, as well as video recordings and data extracted from a cellular phone.

Stipulation to Continue Status Conference               -1-

1 This discovery has been either produced directly to counsel and/or made available for inspection and copying, with the exception of sexually explicit images, which have been made available for inspection.

b) Counsel for defendant desires additional time to review the evidence, conduct additional defense investigation, collect relevant records, look into possible mitigation evidence, including meeting with an expert related to Mr. Taylor's mental health, to discuss the evidence and potential resolutions with her client, and to otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from July 13, 2020 through and including August 31, 2020, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) (reasonable time to prepare), and General Order 479, Local Code T4, based upon continuity of counsel and defense preparation.

//

//

//

//

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  July 8, 2020　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　*/s/ Hannah Labaree*
　　　　　　　　　　　　　　　　　　　　HANNAH LABAREE
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　MICHAEL JOSPEH TAYLOR

Dated: July 8, 2020　　　　　　　　　　　MCGREGOR SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Shelley D. Weger*
　　　　　　　　　　　　　　　　　　　　SHELLEY D. WEGER
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from July 13, 2020, up to and including August 31, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 13, 2020 status conference shall be continued until August 31, 2020, at 9:00 a.m.

Dated:  July 8, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE