McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00173 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MICHAEL JOSEPH TAYLOR, | DATE: August 31, 2020 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on August 31, 2020.

2.  By this stipulation, defendant now moves to continue the status conference until October 5, 2020, and to exclude time between August 31, 2020, and October 5, 2020, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has produced discovery consisting of over 700 pages of electronic documents, including investigative reports, documents obtained from third parties, and related documents, as well as video recordings and data extracted from a cellular phone. Additional discovery containing sexually explicit images has been made available for inspection,

but not copying.  In addition, the government is in the process of preparing the defendant's jail calls for production to defense counsel, and anticipates that these will be made available within the next week.

  b) Counsel for defendant requires additional time to review the evidence with her client and discuss potential resolutions, conduct additional defense investigation, and otherwise prepare for trial.  Specifically, defense counsel has hired an expert to conduct a competency evaluation of Mr. Taylor prior to resolving the case, and that evaluation is not yet completed. The expert requires additional time to conduct and complete the evaluation.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 31, 2020 to October 5, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  **THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 25, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: August 25, 2020

/s/ HANNAH LABAREE
HANNAH LABAREE
Counsel for Defendant
MICHAEL JOSEPH TAYLOR

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 26, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE