HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_labaree@fd.org

Attorney for Defendant
MICHAEL JOSEPH TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00173-WBS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MICHAEL JOSEPH TAYLOR, | DATE:    October 5, 2020 |
| Defendant. | TIME     9:00 a.m. |
| | JUDGE:  Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

Attorney through, Shelley D. Weger, Assistant United States Attorney, attorney for Plaintiff, and

Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree,

attorneys for Michael Joseph Taylor, that defendant requests that the status conference scheduled

for October 5, 2020 be vacated and continued to November 9, 2020 at 9:00 a.m., and that time

between October 5, 2020 and November 9, 2020, be excluded under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

1.      Counsel for defendant requests more time to review discovery, conduct

investigation, and discuss the case with her client.  To date, counsel for the government has

provided 319 pages of documentary discovery and five videos.  The defense requires additional

time to review this discovery with her client as well as pursue independent investigation into the

alleged conduct and particularly into mitigation.

2.      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3.      The government does not object to the continuance.

4.      Based upon the foregoing, the parties agree that for purposes of calculating time under the Speedy Trial Act the time period from October 5, 2020 through and including November 9, 2020, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv)[Local Code T4] and General Order 479 because it results from a continuance granted by the Court at the defendant's request for the purposes of continuity of counsel and defense preparation, and the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: September 30, 2020                 Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ Hannah R. Labaree
                                          HANNAH R. LABAREE
                                          Assistant Federal Defender
                                          Attorney for MICHAEL JOSEPH TAYLOR

DATED: September 30, 2020                 McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/Shelley D. Weger
                                          SHELLEY D. WEGER
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

1

<u>ORDER</u>

2      The Court, having received, read, and considered the stipulation of the parties, and good

3  cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

4  that the failure to grant a continuance in this case would deny defense counsel reasonable time

5  necessary for effective preparation, taking into account the exercise of due diligence.  The Court

6  finds the ends of justice served by granting the continuance outweigh the best interests of the

7  public and defendant in a speedy trial.

8      The Court orders a status conference on November 9, 2020, at 9:00 a.m.  The Court

9  further orders the time from October 5, 2020 up to and including November 9, 2020, excluded

10 from computation of time within which the trial of this case must commence under the Speedy

11 Trial Act, pursuant to 18 U.S.C. §§3161(h)(7)(A), B(iv)[Local Code T4].

12

13 Dated:  September 30, 2020

14                                          WILLIAM B. SHUBB
15                                          UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order
to Continue Status Conference