1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    HANNAH R. LABAREE, #294338
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, CA  95814
4    Tel: 916-498-5700/Fax 916-498-5710
     Hannah_labaree@fd.org
5

6    Attorney for Defendant
     MICHAEL JOSEPH TAYLOR
7

8                    IN THE UNITED STATES DISTRICT COURT

9
                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   UNITED STATES OF AMERICA,              Case No. 2:19-cr-00173-WBS

12          Plaintiff,                      STIPULATION AND ORDER TO CONTINUE
                                            STATUS CONFERENCE
13          v.

14   MICHAEL JOSEPH TAYLOR,                 DATE:        November 9, 2020
                                            TIME         9:00 a.m.
15          Defendant.                      JUDGE:       Hon. William B. Shubb

16

17          IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

18   Attorney through, Shelley D. Weger, Assistant United States Attorney, attorney for Plaintiff, and

19   Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree,

20   attorneys for Michael Joseph Taylor, that defendant requests that the status conference scheduled

21   for November 9, 2020 be vacated and continued to November 30, 2020 at 9:00 a.m., and that

22   time between November 9, 2020 and November 30, 2020, be excluded under Local Code T4.

23          The parties agree and stipulate, and request that the Court find the following:

24          1.      Counsel for defendant requests more time to review discovery, conduct

25   investigation, and discuss the case with her client.  Counsel for the government has provided

26   discovery which consists of 957 pages Bates labeled documents and includes, among other

27   things, reports, videos, and jail calls.  The defense requires additional time to review this

28

     Stipulation and Order                    -1-
      to Continue Status Conference

discovery with her client as well as pursue independent investigation into the alleged conduct and particularly into mitigation. Complicating matters in this case related to discovery review and consultation between attorney and client is the fact that Mr. Taylor is incarcerated and thus all meetings must be conducted via videoconference.s

2. Further, defense counsel has sought an expert evaluation of Mr. Taylor and is awaiting consultation with that expert.

3. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to the continuance.

5. Based upon the foregoing, the parties agree that for purposes of calculating time under the Speedy Trial Act the time period from November 9, 2020 through and including November 30, 2020, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv)[Local Code T4] and General Order 479 because it results from a continuance granted by the Court at the defendant's request for the purposes of continuity of counsel and defense preparation, and the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: November 4, 2020                    Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           /s/ Hannah R. Labaree
                                           HANNAH R. LABAREE
                                           Assistant Federal Defender
                                           Attorney for MICHAEL JOSEPH TAYLOR

Stipulation and Order
to Continue Status Conference

-2-

DATED: November 4, 2020

McGREGOR W. SCOTT
United States Attorney

*/s/Shelley D. Weger*
SHELLEY D. WEGER
Assistant United States Attorney
Attorney for Plaintiff


ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court vacates the existing status conference of November 9, 2020, and orders a status conference on November 30, 2020, at 9:00 a.m.  The Court further orders the time from November 9, 2020 up to and including November 30, 2020, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7)(A), B(iv)[Local Code T4].

Dated:  November 5, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order
to Continue Status Conference

-3-