```
HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_labaree@fd.org
```

Attorney for Defendant
MICHAEL JOSEPH TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL JOSEPH TAYLOR,<br><br>    Defendant. | Case No. 2:19-cr-00173-WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:     November 30, 2020<br>TIME      9:00 a.m.<br>JUDGE:    Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through, Shelley D. Weger, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for Michael Joseph Taylor, that defendant requests that the status conference scheduled for November 30, 2020 be vacated and continued to December 14, 2020 at 9:00 a.m., and that time between November 30, 2020 and December 14, 2020, be excluded under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

1. Counsel for defendant requires additional time to consult with her client, to review the evidence, discuss the law and determine how the defense wants to proceed in this matter.

2. Counsel for defendant believes that failure to grant the above-requested

continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The government does not object to the continuance.

4. Based upon the foregoing, the parties agree that for purposes of calculating time under the Speedy Trial Act the time period from November 30, 2020 through and including December 14, 2020, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv)[Local Code T4] and General Order 479 because it results from a continuance granted by the Court at the defendant's request for the purposes of continuity of counsel and defense preparation, and the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: November 24, 2020            Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Hannah R. Labaree*
                                    HANNAH R. LABAREE
                                    Assistant Federal Defender
                                    Attorney for MICHAEL JOSEPH TAYLOR


DATED: November 24, 2020            McGREGOR W. SCOTT
                                    United States Attorney

                                    */s/ Shelley D. Weger*
                                    SHELLEY D. WEGER
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court vacates the existing status conference of November 30, 2020, and orders a status conference on December 14, 2020, at 9:00 a.m. The Court further orders the time from November 30, 2020 up to and including December 14, 2020, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7)(A), B(iv)[Local Code T4].

Dated: November 25, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE