UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 11, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL JOSEPH TAYLOR ,

    Defendant.

Case No.  2:19-cr-00173-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL JOSEPH TAYLOR , Case No.  2:19-cr-00173-WBS , Charge 18 U.S.C. § 3606, from custody for the following reasons:

      X    Release on Previously Imposed Supervised Release Conditions

     _____ Bail Posted in the Sum of $ _____

         _____ Unsecured Appearance Bond $ _____

         _____ Appearance Bond with 10% Deposit

         _____ Appearance Bond with Surety

         _____ Corporate Surety Bail Bond

         _____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 11, 2022 at 8:30 a.m.

*[signature]*

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE