UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 10, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL JOSEPH TAYLOR,

    Defendant.

Case No. 2:19-cr-00173-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MICHAEL JOSEPH TAYLOR</u> Case No. <u>2:19-cr-00173-WBS</u> Charges <u>18 USC § 3606</u> from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ ____

        ____ Unsecured Appearance Bond $ ____

        ____ Appearance Bond with 10% Deposit

        ____ Appearance Bond with Surety

        ____ Corporate Surety Bail Bond

    **x** (Other): <u>Terms as stated on the record and release forthwith today 7/10/2023 by 5:00 PM, Defendant must report directly to the House of Hope and follow all directions as approved by the U.S. probation officer.</u>

Issued at Sacramento, California on at 2:40 PM.

Dated: July 10, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE