PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00173-WBS |
| Plaintiff, | FINDINGS AND ORDER DISMISSING VIOLATION PETITIONS |
| v. | |
| MICHAEL JOSEPH TAYLOR, | |
| Defendant. | |

The Court has read and considered the parties' stipulation requesting dismissal of the alleged violations of the defendant's conditions of supervised release. *See* Stipulation to Dismiss Supervised Release Violation Pets., ECF No. 113. The Court FINDS that the parties' stipulation demonstrates good cause to dismiss the pending charges, and hereby ORDERS as follows:

1. The Superseding Petition for Warrant or Summons for Person Under Supervision, filed at docket entry number 92, is DISMISSED without prejudice;

2. The Petition for Warrant or Summons for Person Under Supervision, filed at docket entry number 65, is DISMISSED without prejudice;

3. All pending warrants are RECALLED; and

///

///

///

FINDINGS AND ORDER

1

4. All pending hearings in this matter, including the admit/deny hearing currently set for July 29, 2024, at 9:00 a.m., are VACATED.

IT IS SO ORDERED.

Dated: July 10, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE